UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shirley Dimps,

                      Plaintiff,

    -against-

TACONIC CORRECTIONAL FACILITY, NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, NYS DEPARTMENT OF CIVIL SERVICE, AND CSEA, INC.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2023

7:17-cv-8806 (NSR)

ORDER VACATING ORDER TO SHOW CAUSE

NELSON S. ROMÁN, United States District Judge:

     On February 2, 2023, the Court issued an Order to Show Cause directing *pro se* Plaintiff Shirley Dimps ("Plaintiff") to show cause in writing by March 6, 2023 as to why it is not proper for the Court to dismiss without prejudice for want of prosecution under Fed R. Civ. P. 41(b). (ECF No. 88.) In that Order, the Court indicated that an order had been issued on February 7, 2020 directing Plaintiff to file an amended complaint to assert Title VII claims against the New York State Department of Corrections and Community Supervision ("DOCCS") by March 23, 2020. (*Id.*, citing ECF No. 77.)

     On February 28, 2023, Plaintiff responded to the order to show cause in writing expressing her intention to continue prosecuting her case. (ECF No. 89.) On March 3, 2023, Plaintiff filed a letter to the Court indicating that she was having a phone conference with the N.Y. Legal Assistance Group to discuss her amended complaint in her case.

     In light of Plaintiff's response, the Court VACATES the Order to Show Cause. Plaintiff is DIRECTED to provide an update to the Court, in writing, on or before April 5, 2023 indicating whether she plans on filing a Second Amended Complaint.

The Clerk of the Court is directed to provide a copy of this order to pro se Plaintiff at the address indicated on the docket.

Dated: March 15, 2023
      White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE