UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SHIRLEY DIMPS,

                         Plaintiff,                    **ORDER**

         -against-                                     17 Civ. 8806 (NSR) (AEK)

NYS DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION (DOCCS),

                         Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        As discussed on the record at the August 8, 2024 conference, the parties must comply

with the following deadlines:

        1.       By **August 15, 2024**, Plaintiff and counsel for Defendant must meet and confer by

telephone to discuss any claimed deficiencies in each side's discovery responses.

        2.       By **August 23, 2024**, Plaintiff and counsel for Defendant must each submit a

letter raising for the Court any unresolved discovery issues.  Plaintiff must describe in her letter

any remaining concerns that she has with Defendant's discovery responses, and counsel for

Defendant must describe in his letter any remaining concerns that he has with Plaintiff's

discovery responses.

        3.       By **August 30, 2024**, Plaintiff and counsel for Defendant must each submit letters

in response to the August 23 letters.  In her letter, Plaintiff must explain her positions with

respect to her own discovery responses—that is, she must *respond* to the arguments offered by

counsel for Defendant in his August 23, 2024 letter, and not offer further arguments about the

issues she raised in her own letter.

4.    The deadline for both Plaintiff and counsel for Defendant to complete their respective document productions is hereby extended to **September 9, 2024**.

5.    The deadline to complete fact depositions is hereby extended to **October 30, 2024**.

The next conference in this matter before Judge Krause is hereby scheduled for **September 19, 2024**, at 11:30 a.m.  The conference will take place in person in Courtroom 250 of the White Plains federal courthouse, 300 Quarropas Street, White Plains, New York, 10601.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated:  August 8, 2024
       White Plains, New York

_____
ANDREW E. KRAUSE
United States Magistrate Judge