UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SHIRLEY DIMPS,

                          Plaintiff,                    **ORDER**

           -against-                                    17 Civ. 8806 (NSR) (AEK)

NYS DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION (DOCCS),

                          Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        The Court has received the parties' October 23, 2024, letters, ECF Nos. 156 and 157, and

orders as follow:

        1.        The parties both correctly noted that the fact deposition deadline included in the

Court's order at ECF No. 155 was an error.  As discussed at the September 19, 2024 conference,

the deadline to complete fact depositions is **November 30, 2024**.

        2.        Plaintiff's request for an extension of time to provide a list indicating:  (1) which

witnesses she believes have information about each incident; and (2) which witnesses she has

communicated with about each incident, and the form of those communications, is GRANTED.

Plaintiff must provide this list to Defendants by **November 7, 2024**.

        The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se*

Plaintiff at her address of record on the docket.

Dated:  October 30, 2024
        White Plains, New York

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge