UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SHIRLEY DIMPS,

                         Plaintiff,                      **ORDER**

          -against-                      17 Civ. 8806 (NSR) (AEK)

NYS DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION (DOCCS),

                        Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      An in-person conference before Magistrate Judge Krause is hereby scheduled for **Tuesday, March 11, 2025 at 11:00 a.m.** The conference will take place in Courtroom 250 at the Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

      The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: February 20, 2025
         White Plains, New York

                                              **SO ORDERED.**

                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge