UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHIRLEY DIMPS,

                Plaintiff,                       **ORDER**

    -against-                         17 Civ. 8806 (NSR) (AEK)

NYS DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION (DOCCS),

                Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This Court is in the process of addressing ECF No. 225 and ECF Nos. 227 through 236 in its next Decision and Order. With respect to ECF Nos. 227, 230, and 231, pages appear to be missing from the filings. Attached hereto are the filings as they were received by the Clerk of Court and as they appear on the docket. This Court directs Plaintiff to refile ECF Nos. 227, 230, and 231 to the extent they are in fact missing pages.

                      * * * * * * * * * *

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated:  July 14, 2025
           White Plains, New York

                                               **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge