UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

SHIRLEY DIMPS,

                        Plaintiff,                             **ORDER**

             -against-                        17 Civ. 8806 (NSR) (AEK)

NYS DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION (DOCCS),

                           Defendant.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This Order memorializes the rulings issued and the deadlines set at the August 20, 2025

discovery hearing.

      1.      For the reasons stated on the record at the August 20, 2025 hearing, Plaintiff's

"motion to strike or suppress" her deposition transcript (ECF No. 266) is DENIED.

      2.      For the reasons stated on the record, the three filings labeled "Supplemental

Motion under Rule 60(b)" (ECF Nos. 263, 264, and 265), which concern the incomplete filings

at ECF Nos. 227, 230, and 231, respectively, are all DENIED.  As discussed at the conference,

Plaintiff is still welcome to resubmit complete versions of the filings docketed at ECF Nos. 227,

230, and 231 to the Court so that proper versions of the filings can be entered on the docket.

      3.      By **September 5, 2025**, Plaintiff must submit a letter to the Court with a status

update regarding her subpoena to the United States Department of Justice.

      4.      The motions to compel responses to Plaintiff's subpoenas to the New York State

Office of the Inspector General and the New York State Department of Civil Service (ECF Nos.

258 and 259) are GRANTED IN PART.  These non-parties must respond to the subpoenas by no

later than **September 5, 2025**.  If the agencies assert objections to any part of Plaintiff's

subpoenas, counsel for the respective agencies must promptly contact Plaintiff to meet and confer regarding the scope of their responses.

5.    The deadline for Plaintiff to complete depositions is hereby extended to **October 31, 2025**.  There will be no extensions of this deadline—which already has been extended numerous times—absent a compelling justification.

6.    The deadline to complete all fact discovery is hereby extended to **December 1, 2025**.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 258, 259, 263, 264, and 265, and to mail a copy of this Order to the *pro se* Plaintiff.

Dated:  August 22, 2025
        White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge