As discussed at August 20, 2025 discovery hearing, and as set forth in the Court's August 22, 2025 order memorializing the events of that hearing (ECF No. 271), the deadline for Plaintiff to submit a letter to the Court with a status update regarding her subpoena to the U.S. Department of Justice is **September 5, 2025**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 275 and to mail a copy of this order to the *pro se* Plaintiff.

Dated: September 2, 2025

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

**SHIRLEY A. DIMPS**
**SHIRLEY A. DIMPS,** CSEA Local President (Until 6/2017)

            Plaintiff,

        vs.

**NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS)**

            Defendant,

_____x

Civil Action No. 17-cv-08806 (NSR/AEK)

Do you want a Jury Trial? <u>Yes</u>

**PLEASE TAKE NOTICE** that the Plaintiff/Pro Se, Shirley Dimps move this Court before Honorable Andrew E. Krause, U.S. Magistrate Judge and/or Honorable Nelson S. Roman, District Court Judge of the United State District Court for the Southern District of New York, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York 10601. The Defendant Attorney is Mr. Daniel S. Kirschbaum, 28 Liberty St. N.Y. N.Y 10005, 18th Floor.

================================================================

**STATUS UPDATE REGARDING DOJ CORRESPONDENCE AND DEADLINE CLARIFICATION (Exhibit K) linked to Exhibit J)**