

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

December 3, 2025

**BY ECF**
Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Dimps v. NYS Dep't of Corr. & Cmty. Supervision*, No. 17 Civ. 8806 (NSR) (AEK)

Dear Judge Krause:

This Office represents the Defendant, the New York State Department of Corrections and Community Supervision, in the above-referenced case. I write to respectfully request that the discovery hearing scheduled for 11:00 a.m. on January 22, 2026 (per Dkt. No. 300) be rescheduled.

I make this request because I have a conflicting court appearance that day: I am Defendants' counsel of record in *Zou v. Burgos et al.*, No. 24 Civ. 5117, also pending in this vicinage. Judge Seibel has ordered the parties in *Zou* to attend a conference on January 22, 2025 at 12:15 p.m. (*See id.*, Dkt. No. 43.) As conferences in the instant matter tend to take over an hour, I must assume that our discovery hearing will not end before the conference in *Zou* is scheduled to commence.

I accordingly respectfully ask that our discovery conference be scheduled to a time after 1:15 p.m. on January 22, 2026, or else to any other day that week or the following week. I have contacted Plaintiff and counsel for each of the various third parties involved in discovery disputes with her (the U.S. Department of Justice, U.S. Equal Employment Opportunity Commission, the New York State Office of the Inspector General, and New York State Department of Civil Service); all have graciously consented to this request.

GRANTED. The in-person discovery hearing previosly scheduled for Thursday, January 22, 2026 will now take place on Friday, January 23, 2026 at 10:30 a.m. in Courtroom 250 in the White Plains federal courthouse. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendants*

Dated: December 4, 2025
**SO ORDERED.**

By: */s/ Daniel S. Kirschbaum*
Daniel S. Kirschbaum
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8244
Daniel.Kirschbaum@ag.ny.gov

ANDREW E. KRAUSE
United States Magistrate Judge

*Dimps v. NYS DOCCS*, No. 17 Civ. 8806 (NSR) (AEK)
Hon. Andrew E. Krause
December 3, 2025                                                          Page 2 of 2


cc (via e-mail):   Plaintiff *Pro Se* Shirley Dimps;
                   joseph.coticchio@cs.ny.gov;
                   caitlin.oneil@eeoc.gov, kimberly.cruz@eeoc.gov;
                   olivia.calamia@ig.ny.gov, emily.logue@ig.ny.gov;
                   samuel.dolinger@usdoj.gov