**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, New York 10601

FILED
U.S. DISTRICT COURT
2025 DEC -1 PM 2: 04
S.D. OF N.Y.W.P.

Re: Dimps v. NYS Department of Corrections and Community Supervision
(DOCCS), Case No. 7-17-cv-08806 (AEK) (NSR)

Attn: Honorable Andrew E. Krause, U.S.M.J.

Dear Hon. Krause,

**LETTER MOTION CONFIRMING RULE 37.2 COMPLIANCE AND
STATUS OF DCS PRODUCTION**

Plaintiff submits this letter to confirm compliance with **Local Civil Rule 37.2** in
connection with the pending discovery dispute involving the New York State
Department of Civil Service (DCS).

On November 6, 2025, Plaintiff participated in a meet-and-confer telephone
conference with Senior Attorney Joseph Coticchio and Associate Attorney Jeffrey
Braude of the Department of Civil Service. During the call, the Department
acknowledged possession of certain responsive documents and agreed to
produce them. Plaintiff reiterated her interest in receiving relevant and responsive
materials only.

As of this filing, Plaintiff is awaiting the Department's production. Plaintiff has
complied with the Court's directive to confer in good faith by December 5, 2025,
deadline. Any suggestion which was stated in the ORDER dated November 20,
2025 (page 3) such as "Plaintiff is hereby warned that a deliberate failure to
participate in a meet-and-confer discussion may provide a basis for the Court to
deny the motion to compel." Deliberate failure to confer is misplaced, as the record
demonstrates Plaintiff's consistent efforts to arrange and participate in the
conference despite procedural obstacles.

Respectfully,

Shirley A. Dimps

Page 1

Pro Se, Plaintiff
20 West Mosholu Parkway South,
Tower A, Apt. 31c
Bronx, NY 10468
(347) 641-7250
shirleydimps93@gmail.com

In light of Plaintiff's December 1, 2025 letter confirming that she met and conferred with counsel for the New York State Department of Civil Service ("DCS") on November 6, 2025 and anticipates receiving responsive documents from DCS (see ECF No. 308), Plaintiff's "motion to compel disclosure and production" from DCS (ECF No. 297) is hereby TERMINATED as moot.  DCS is not required to file any response to the motion by the December 19, 2025 deadline set in the Court's order at ECF No. 300.  If Plaintiff has any further issues with the DCS's response to her subpoena after receiving DCS's upcoming document production, she must meet and confer with counsel for DCS again to try to resolve those disputes before filing any further motion to compel.  Plaintiff is directed to provide a status report regarding the DCS subpoena by December 30, 2025.  The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

Dated: December 4, 2025

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge