UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SHIRLEY DIMPS,

                         Plaintiff,                       **ORDER**

            -against-                      17 Civ. 8806 (NSR) (AEK)

NYS DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION (DOCCS),

                       Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This Order memorializes the rulings issued and the deadlines set at the January 23, 2026 discovery hearing.

1.      For the reasons stated on the record at the January 23, 2026 hearing, the New York State Department of Civil Service is directed to respond Plaintiff's subpoena by **February 10, 2026**.

2.      For the reasons stated on the record at the January 23, 2026 hearing, Plaintiff's motion to compel directed at the New York State Offices of the Inspector General (ECF No. 293) is **DENIED**.  Counsel for the New York State Offices of the Inspector General must submit a letter explaining the basis of each privilege asserted in its discovery production and attach a privilege log by **February 13, 2026**.  Plaintiff's response is due by **February 27, 2026**.

3.      For the reasons stated on the record at the January 23, 2026 hearing, Plaintiff's motions to compel directed at the United States Equal Employment Opportunity Commission ("EEOC") (ECF Nos. 281, 296) are **DENIED**.  In light of this, the EEOC's motion to quash Plaintiff's subpoena (ECF No. 301) is hereby terminated as moot.  Counsel for the EEOC must

submit a letter explaining the basis of each privilege asserted in its discovery production and attach a privilege log by **February 13, 2026**. Plaintiff's response is due by **February 27, 2026**.

4.      For the reasons stated on the record at the January 23, 2026 hearing, Plaintiff's motions to compel directed at the United States Department of Justice (ECF Nos. 282, 283) are **DENIED**. Counsel for the United States Department of Justice is hereby ordered to inquire about referrals from the Equal Employment Opportunity Commission to the Department of Justice on the issue of racial discrimination in the hiring or failure to promote context at the New York State Department of Corrections and Community Supervision since 2014. Any responsive findings are due to Plaintiff by **February 13, 2026**.

5.      Defendant's pre-motion conference letter is due to Judge Román by **March 11, 2026**. Plaintiff's response is due by **March 20, 2026**.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 281, 282, 283, 293, 296, 301, as set forth above.

The Clerk of Court is also respectfully directed to terminate the motion at ECF No. 308. While the filing was labeled and docketed as a motion, it is really a status report and does not seek any relief.

Finally, the Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: January 28, 2026
        White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2