

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/10/2026

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 10, 2026

**MEMO ENDORSED**

**BY ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Dimps v. NYS Dep't of Corrections and Community Supervision*, No. 17-cv-8806-NSR-AEK

Dear Judge Román:

This Office represents the Defendant, the New York State Department of Corrections and Community Supervision ("DOCCS"), in the above-referenced case. I enclose herewith a Suggestion of Plaintiff's Death. I also write to respectfully request that the Court adjourn tomorrow's deadline for Defendant to file its pre-summary judgment motion letter *sine die*.

Per Your Honor's Individual Rules 3.A.ii and 3.G.i, and Magistrate Judge Andrew Krause's January 28, 2026 Order (Dkt. No. 322), Defendant's pre-summary judgment motion letter is due tomorrow, March 11, 2026. However, yesterday I received a telephone call from a woman who identified herself as Victoria Dimps, Plaintiff's daughter. Ms. Dimps informed me that her mother, Shirley Dimps, had passed away Friday, March 6, 2026. She indicated that she did not know whether her mother's estate intends to continue litigating this case.

For the foregoing reasons, Defendant respectfully suggests that the Court adjourn the pre-motion deadline *sine die* until Plaintiff's estate announces its intent regarding litigating this matter.

I thank the Court for its attention to this issue.

Respectfully submitted,

*/s/ Daniel S. Kirschbaum*
Daniel S. Kirschbaum
Assistant Attorney General

In light of the foregoing, Defendant's request to adjourn the March 11, 2026 deadline for its pre-summary judgment motion letter is GRANTED and the deadline is adjourned sine die. Plaintiff's next of kin shall have ninety (90) days from service of this Order to move to be substituted as the representative of Plaintiff for purposes of prosecuting Plaintiff's claims. In the event no timely substitution is made, the Complaint shall be deemed dismissed upon Defendants submitting an affidavit informing the Court that no substitution has been requested, together with a proposed order of dismissal. The Clerk of Court is directed to terminate the motion at ECF No. 333. Defendant is directed to serve a copy of this endorsement upon Plaintiff's next of kin and to file proof of service on the docket.

Dated: March 10, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge