USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

SHIRLEY DIMPS,

                    Plaintiff,

        - against -

NYS DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION,

                Defendants

-------------------------------------------------------------- X

17-CV-8806 (NSR) (AEK)

**ORDER OF DISMISSAL**

WHEREAS Plaintiff, Shirley Dimps, filed a Complaint on November 13, 2017 (Dkt. No. 1), an Amended Complaint on January 29, 2018 (Dkt. No. 4), and a Second Amended Complaint on May 5, 2023 (Dkt. No. 96), each alleging various forms of employment discrimination;

WHEREAS Defendant, Department of Corrections and Community Supervision ("DOCCS") filed an answer on April 30, 2024 (Dkt. No. 130);

WHEREAS Defendant filed a Suggestion of Plaintiff's Death on March 10, 2026 (Dkt. No. 334);

WHEREAS on March 10, 2026, the Court issued an Order (Dkt. No. 335), affording Plaintiff's next-of-kin ninety (90) days from the Order's date of service to move to be substituted as Plaintiff's representative for purposes of prosecuting this action;

WHEREAS on March 11, 2026, Defendant submitted proof of service of such Order upon Plaintiff's known daughter, Victoria Dimps (Dkt. No. 336);

WHEREAS on June 11, 2026, Defendant submitted a Declaration informing the Court that there has been no substitution request by Plaintiff's next-of-kin; and

WHEREAS none of the parties to the above-captioned action is an infant or incompetent person;

1

This action is accordingly dismissed ~~with~~ without prejudice, and without costs taxed to any party.

The Court notes that is matter is dismissed WITHOUT prejudice.

Dated: June __12__, 2026
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

2